# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2017 WY 40

*April Term, A.D. 2017*

April 19, 2017

DEMEITREUS TORREZ DREW,

Appellant
(Defendant),

v.                                                                       S-16-0280

THE STATE OF WYOMING,

Appellee
(Plaintiff).

### ORDER AFFIRMING ORDER DENYING MOTION TO CORRECT ILLEGAL SENTENCE

[¶1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Appellant filed this appeal to challenge the district court's September 22, 2016, "Order Denying Defendant's *Pro Se* Motion for Correction of Illegal Sentence."

[¶2]   On February 15, 2017, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  The same day, this Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief."  This Court ordered that, on or before April 3, 2017, Appellant would be permitted to file a *pro se* brief specifying the issues he would like the Court to consider.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal."  Appellant did not file a *pro se* brief or any other pleading in the time allotted.

[¶3]   Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's September 22, 2016, "Order Denying Defendant's *Pro Se* Motion for Correction of Illegal Sentence" should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Demeitreus Torrez Drew, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the district court's September 22, 2016, "Order Denying Defendant's *Pro Se* Motion for Correction of Illegal Sentence" be, and the same hereby is, affirmed.

[¶6]    **DATED** this 19th day of April, 2017.

BY THE COURT:

/s/

**E. JAMES BURKE**
**Chief Justice**